IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSUE CALEB GUTIERREZ, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00127-MTT-CHW |
| | * |
| CORRECT CARE INTEGRATED HEALTH, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of June, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk